United States District Court

Eastern District of California

United States of America,

        Plaintiff,   No. CR. S-04-0075 WBS

   vs.
                                Order

Patrick J. Sahli,

        Defendant.

-oOo-

    April 13, 2005, the court issued an order in this matter that erroneously included the number of a related case, CR. S-03-0458 WBS, in the caption. The sole correct case number is noted in the caption above.

    Defendant has requested appointment of counsel. There is no absolute right to appointment of counsel in § 2255 proceedings (see Irwin v. United States, 414 F.2d 606 (9th Cir. 1969)), although the court may appoint counsel "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255

Proceedings. The interests of justice would not be served by the appointment of counsel at this time.

Plaintiff moved April 21, 2005, to dismiss this action on the ground that on October 28, 2004, the court dismissed the motion to vacate sentence in related case CR. S 03-0458 WBS. Judge Shubb issued a certificate of appealability in that case and appeal is pending, Ninth Circuit case number 04-17548. Dismissal of the related case is not law of the case given the pending appeal.

Good cause appearing, the court hereby orders that:

1. Defendant's August 25, 2004, motion for appointment of counsel is denied.

2. Plaintiff's April 21, 2005, motion to dismiss is denied without prejudice.

3. This case is stayed pending resolution of the appeal in CR.S 03-0458 WBS.

So ordered.

Dated: April 26, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge